UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
DEC 1 4 2007 cm
DEC 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** FABIO CARANI |
| **County of Residence:** | **County of Residence:** US, Outside the State of IL |
| **Plaintiff's Address:** <br>1) AUSA <br><br>2) Julie B. Ruder <br>United States Attorney's Office (NDIL) <br>219 South Dearborn Street, Suite 500 <br>Chicago, IL 60604 | **Defendant's Attorney:** <br>Fabio Carani <br>#21827-424 <br>Ashland - KY <br>P.O. Box 6001 <br>Ashland, KY 41105 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [✓] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07cv7040
JUDGE GRADY
MAG. JUDGE DENLOW

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28: 2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. F. Woodham  **Date:** 12/14/2007

Grady  05CR150
Denlow