## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 07 C 7040 |
| | ) | |
| **FABIO CARANI** | ) | Judge: John F. Grady |

### ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                                               Respectfully submitted,

                                                                PATRICK J. FITZGERALD
                                                                United States Attorney

By:    s/Julie B. Ruder
           Julie B. Ruder
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886.1317

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the

## **ATTORNEY DESIGNATION**

was served on December 20, 2007, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

By:    s/Julie B. Ruder
           Julie B. Ruder
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886.1317