# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

United States of America

                    Plaintiff,

v.                                          Case No.: 1:07–cv–07040
                                            Honorable John F. Grady

Fabio Carani

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

        MINUTE entry before Judge John F. Grady :Response to petition to vacate, set aside, or correct sentence due by 2/08/08; reply due by 03/10/08. Said petition will be taken under advisement.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.