FILED
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIO CARANI, | Civ. A. No. 07-C-7040 |
| Petitioner, | (Crim. No. 05-CR-150) |
| vs. | (Judge Grady) |
| UNITED STATES OF AMERICA, | **NOTICE REGARDING** |
| Respondent. | **FINANCIAL AFFIDAVIT** |

The Petitioner, Fabio Carani ("Carani"), has made a motion to vacate, set aside or correct his sentence pursuant to Title 28 United States Code section 2255. In relation to that motion, Carani has prepared a Reply to Supplemental Response of the United States to Section 2255 Petition, and a Motion for Leave to Conduct Discovery. Both of those filings were prepared making reference to a financial affidavit by Carani to be submitted simultaneously with the Reply to the Supplemental Response and Carani's Motion for Leave to Conduct Discovery.

The institutional certification of Carani's inmate trust account was provided to Carani on May 2, 2008; however, the ledgers reflecting the past six month's account balances were not included. The affidavit bearing the institutional certification were returned to the Inmate Trust Account Supervisor at the Federal Correctional Institution, Ashland, Kentucky, with a request to include the missing records. As of yet, they have not been returned to Carani.

In that Carani does not wish to risk an untimely filing of

his Reply to the Supplemental Response, he is making the mailing of his Reply to the Supplemental Response, and his Motion for Leave to Conduct Discovery at this time. Carani has struck the references to his financial affidavit from both of these filings by lining through the reference and initialing the change. Carani regrets any confusion that this may have caused.

                                          Respectfully submitted,

                                          */s/ Fabio Carani*
                                          Fabio Carani, pro se
                                          21827-424   R
                                          FCI-Ashland
                                          Post Office Box 6001
                                          Ashland, Kentucky 41105-6001

Date: May 7, 2008.

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice Regarding Financial Affidavit was deposited in the mail system at the Federal Correctional Institution, Ashland, Kentucky, in the manner prescribed for legal mail, including the prepayment of first-class postage, addressed to:

        AUSA Julie B. Ruder
        Office of the United States Attorney
        Northern District of Illinois
        219 South Dearborn Street
        Chicago, Illinois 60604

on the 7th day of May, 2008.

                                          */s/ Fabio Carani*
                                          Fabio Carani