FILED
MAY 14 2008
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIO CARANI, | ) |
| Petitioner, | ) Civ. A. No. 07-C-7040 |
| | ) (Crim. No. 05-CR-150) |
| vs. | ) (Judge Grady) |
| | ) |
| UNITED STATES OF AMERICA, | ) MOTION TO EXPAND THE RECORD |
| Respondent. | ) |

COMES NOW the Petitioner, Fabio Carani, pro se, and moves the Court, pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings for the United States District Courts, and Title 28 United States Code section 2246, to expand the record of this proceeding to include the enclosed self-explanatory Declaration of Fabio Carani, including the attachment that is identified within the declaration and incorporated into the declaration by reference.

CONCLUSION

The motion should be granted.

Respectfully submitted,

*Fabio Carani*
Fabio Carani, pro se
21827-424  R
FCI-Ashland
Post Office Box 6001
Ashland, Kentucky 41105-6001

Date: May 4, 2008.