# United States District Court

## Northern District of Illinois

### Eastern Division

Carani                                      **JUDGMENT IN A CIVIL CASE**

                v.                                 Case Number: 07 C 7040

United States

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's motion to expand the record is granted. Petitioner's motion for leave to conduct discovery is denied as moot. The petition to vacate sentence pursuant to 28 U.S.C. § 2255 is denied as to Grounds 1 and 5. Because we have already denied the petition as to the remaining grounds, this disposition terminates the case. Petitioner's motion for leave to conduct discovery (which goes to the first Strickland prong) is denied as moot.

                                                    Michael W. Dobbins, Clerk of Court

Date: 5/22/2008

                                                    /s/ Jackie Deanes, Deputy Clerk