Ashland, Kentucky
May 20, 2008

**FILED**
MAY 28 2008
5-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk, U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

Re: <u>Fabio Carani v. United States</u>,
Civ. A. No. 07-C-7040,
(Crim. No. 05-CR-150).

Dear Sir or Madam:

The enclosed original and copy of my financial affidavit are being resubmitted for filing in the referenced case that is pending in your court. As you can see from the enclosed letter from the Clerk of the Court of Appeals, it appears that the affidavit was received by that court and then returned to me. The affidavit has already been served on the Respondent.

Respectfully,

*Fabio Carani*

Fabio Carani, pro se
21827-424  R
FCI-Ashland
Post Office Box 6001
Ashland, Kentucky 41105-6001

cc: AUSA Julie Ruder,
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

# United States Court of Appeals
## For The Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

5/15/08

Dear Sir or Madam,

The enclosed document is being returned to you unfiled.

We have checked our case index and have been unable to locate a pending appeal in this court with either your case title or lower court docket number.

If you have just recently filed a Notice of Appeal with the District Court, we have probably not docketed the appeal as of this date, or have not placed the appeal in our case index.

Wait until you have received a docketing notice from this court which list this court's docket number before you resubmit the document to this court.

If several weeks have passed and you still have not received a docketing notice from this court, I would then suggest that you contact the District Court Clerk's Office to verify that their office had received your Notice of Appeal.

Sincerely,

Pro Se Clerk

*Note that in Habeas Corpus cases we do not docket the appeal until after we have received a ruling by the District Court Judge on a Certificate of Appealability.

Document received IFP motion