*MHN*

**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

MAY 2 8 2008 *aww*
5-28-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| FABIO CARANI | : | **AFFIDAVIT IN SUPPORT OF** |
| Plaintiff/Petitioner, | : | **REQUEST TO PROCEED** |
| | : | **IN FORMA PAUPERIS; AUTHORIZED** |
| v. | : | **WITHDRAWAL FORM; CERTIFIED** |
| | : | **AFFIDAVIT OF INMATE ACCOUNT** |
| UNITED STATES OF AMERICA | : | **STATUS.** |
| Defendant/Respondent. | | CIV. A. NO. 07-C-7040 |
| | | (CRIM. NO. 05-CR-150) |

**AFFIDAVIT AND AUTHORIZATION**
**FOR WITHDRAWAL FROM INMATE ACCOUNT**

I, Fabio Carani , being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes ( ) No (x)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. I am incarcerated and assigned to a prison work detail.

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. My previous employment is accurately stated in my Presentence Investigation Report.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?        Yes ( )  No (x)
   b. Rent payments, interest or dividends?            Yes ( )  No (x)
   c. Pensions, annuities or life insurance?           Yes ( )  No (x)
   d. Gifts or inheritances?                           Yes (x)  No ( )
   e. Any other source?                                Yes ( )  No (x)

   If you answered yes to any of the above, describe each source and state the amount received from each. Small cash gifts and inmate performance pay as reflected on the attached inmate trust account records.

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes (x) No ( ) If the answer is yes, state the total value of items owned.
   (see attached records)

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
    Yes ( )  No (x)    If the answer is yes, describe the property and state its approximate value.

    _____
    _____
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
    none _____
    _____
    _____
    _____

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this  30th day of  April                    , 19x 2008.

                        _Fabio Caroni_
                        Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ 811.73 in his/her inmate account at the  FCI ASHLAND                 Institution. Plaintiff has an average monthly balance for the preceding six months of $ 722.25, and the average monthly deposits to said account for the preceding six months are $ 1,084.00 I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: _____ N/A _____

5-2-08
Date

                        _James P. Em_
                        Authorized Officer of Institution

☆U.S. GOVERNMENT PRINTING OFFICE: 1999 - 738-439/00105

Date: 05/05/2008
Time: 12:44:13 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ASH



## General Information

| Inmate Reg#: | 21827424 | Living Quarters: | R02-025L |
| Inmate Name: | CARANI, FABIO | Arrived From: | CCC |
| Current Site Name: | Ashland FCI | Transferred To: | |
| Housing Unit: | ASH-R-A | Account Creation Date: | 2/11/2005 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | 08/06/2007 12:08:12 PM | 37 | | | Sales | ($46.90) | | $593.43 |
| ASH | 08/07/2007 08:52:45 AM | GIPP0707 | | | Payroll - IPP | $16.80 | | $610.23 |
| ASH | 08/13/2007 11:38:11 AM | 42 | | | Sales | ($49.45) | | $560.78 |
| ASH | 08/20/2007 11:19:26 AM | 24 | | | Sales | ($27.55) | | $533.23 |
| ASH | 08/27/2007 11:54:36 AM | 32 | | | Sales | ($32.25) | | $500.98 |
| ASH | 09/01/2007 04:06:35 PM | TFN0901 | | | Phone Withdrawal | ($61.00) | | $439.98 |
| ASH | 09/04/2007 11:24:23 AM | 49 | | | Sales | ($21.20) | | $418.78 |
| ASH | 09/10/2007 08:46:41 AM | GIPP0807 | | | Payroll - IPP | $14.40 | | $433.18 |
| ASH | 09/10/2007 11:15:26 AM | 19 | | | Sales | ($19.20) | | $413.98 |
| ASH | 09/17/2007 11:08:31 AM | 29 | | | Sales | ($23.50) | | $390.48 |
| ASH | 10/01/2007 10:25:43 AM | TFN1001 | | | Phone Withdrawal | ($70.00) | | $320.48 |
| ASH | 10/04/2007 11:26:24 AM | 47 | | | Sales | ($25.60) | | $294.88 |
| ASH | 10/05/2007 08:56:30 AM | HIPP0907 | | | Payroll - IPP | $16.80 | | $311.68 |
| ASH | 10/09/2007 11:00:58 AM | 28 | | | Sales | ($43.85) | | $267.83 |
| ASH | 10/18/2007 10:54:51 AM | 19 | | | Sales | ($36.85) | | $230.98 |
| ASH | 10/25/2007 10:49:45 AM | 20 | | | Sales | ($34.85) | | $196.13 |
| ASH | 10/25/2007 10:50:47 AM | 21 | | | Sales | $3.65 | | $199.78 |
| ASH | 10/30/2007 03:12:02 PM | TFN1030 | | | Phone Withdrawal | ($100.00) | | $99.78 |
| ASH | 11/01/2007 05:07:42 AM | 70194801 | | | Lockbox - CD | $1,000.00 | | $1,099.78 |
| ASH | 11/01/2007 11:21:57 AM | 36 | | | Sales | ($25.05) | | $1,074.73 |
| ASH | 11/07/2007 08:10:12 AM | HIPP1007 | | | Payroll - IPP | $16.80 | | $1,091.53 |

Date: 05/05/2008
Time: 12:44:14 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ASH

**General Information**

| | | |
|---|---|---|
| Inmate Reg#: | 21827424 | |
| Inmate Name: | CARANI, FABIO | Living Quarters: | R02-025L |
| Current Site Name: | Ashland FCI | Arrived From: | CCC |
| Housing Unit: | ASH-R-A | Transferred To: | |
| | | Account Creation Date: | 2/11/2005 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | 11/08/2007 11:32:29 AM | 49 | | | Sales | ($31.70) | | $1,059.83 |
| ASH | 11/19/2007 10:58:37 AM | 14 | | | Sales | ($39.15) | | $1,020.68 |
| ASH | 11/29/2007 11:08:13 AM | 26 | | | Sales | ($34.50) | | $986.18 |
| ASH | 11/30/2007 03:47:10 PM | TFN1130 | | | Phone Withdrawal | ($90.00) | | $896.18 |
| ASH | 12/06/2007 11:00:28 AM | 27 | | | Sales | ($47.00) | | $849.18 |
| ASH | 12/07/2007 08:38:45 AM | HIPP1107 | | | Payroll - IPP | $16.20 | | $865.38 |
| ASH | 12/13/2007 01:31:55 PM | 11 | | | Sales | ($55.30) | | $810.08 |
| ASH | 12/20/2007 11:48:41 AM | 59 | | | Sales | ($45.90) | | $764.18 |
| ASH | 12/25/2007 09:15:23 PM | TFN1225 | | | Phone Withdrawal | ($70.00) | | $694.18 |
| ASH | 12/31/2007 11:58:28 AM | 45 | | | Sales | ($19.95) | | $674.23 |
| ASH | 01/04/2008 11:22:26 AM | HICK0108 | | | Inmate Co-pay | ($2.00) | | $672.23 |
| ASH | 01/08/2008 08:47:25 AM | HIPP1207 | | | Payroll - IPP | $14.40 | | $686.63 |
| ASH | 01/09/2008 11:14:20 AM | 42 | | | Sales | ($14.65) | | $671.98 |
| ASH | 01/16/2008 11:19:50 AM | 36 | | | Sales | ($31.60) | | $640.38 |
| ASH | 01/22/2008 11:20:00 AM | 37 | | | Sales | ($31.10) | | $609.28 |
| ASH | 01/28/2008 11:31:14 AM | TFN0128 | | | Phone Withdrawal | ($77.00) | | $532.28 |
| ASH | 01/30/2008 01:15:53 PM | 50 | | | Sales | ($38.60) | | $493.68 |
| ASH | 02/06/2008 01:26:58 PM | 60 | | | Sales | ($41.55) | | $452.13 |
| ASH | 02/07/2008 08:22:04 AM | HIPP0108 | | | Payroll - IPP | $12.60 | | $464.73 |
| ASH | 02/13/2008 11:06:25 AM | 30 | | | Sales | ($43.55) | | $421.18 |
| ASH | 02/19/2008 11:17:28 AM | 36 | | | Sales | ($76.70) | | $344.48 |
| ASH | 02/22/2008 09:38:25 AM | TFN0222 | | | Phone Withdrawal | ($30.00) | | $314.48 |
| ASH | 02/26/2008 12:13:02 PM | 59 | | | Sales | ($41.45) | | $273.03 |
| ASH | 03/05/2008 01:43:44 PM | 69 | | | Sales | ($32.45) | | $240.58 |
| ASH | 03/07/2008 08:42:12 AM | HIPP0208 | | | Payroll - IPP | $12.00 | | $252.58 |
| ASH | 03/12/2008 11:38:10 AM | 40 | | | Sales | ($28.45) | | $224.13 |
| ASH | 03/18/2008 10:06:38 AM | TFN0318 | | | Phone Withdrawal | ($70.00) | | $154.13 |
| ASH | 03/19/2008 11:41:26 AM | 55 | | | Sales | ($29.20) | | $124.93 |
| ASH | 03/19/2008 11:42:29 AM | 56 | | | Sales | ($29.95) | | $94.98 |
| ASH | 03/21/2008 05:13:32 AM | 70104401 | | | Lockbox - CD | $1,000.00 | | $1,094.98 |

Date: 05/05/2008
Time: 12:44:14 pm

Facility: ASH

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**General Information**

| | |
|---|---|
| Inmate Reg#: | 21827424 |
| Inmate Name: | CARANI, FABIO |
| Current Site Name: | Ashland FCI |
| Housing Unit: | ASH-R-A |

| | |
|---|---|
| Living Quarters: | R02-025L |
| Arrived From: | CCC |
| Transferred To: | |
| Account Creation Date: | 2/11/2005 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | 03/31/2008 04:32:21 PM | TFN0331 | | | Phone Withdrawal | ($25.00) | | $1,069.98 |
| ASH | 04/01/2008 11:16:18 AM | 49 | | | Sales | ($69.45) | | $1,000.53 |
| ASH | 04/07/2008 10:06:42 AM | HIPP0308 | | | Payroll - IPP | $12.60 | | $1,013.13 |
| ASH | 04/08/2008 11:37:38 AM | 42 | | | Sales | ($32.75) | | $980.38 |
| ASH | 04/15/2008 11:05:51 AM | 41 | | | Sales | ($60.15) | | $920.23 |
| ASH | 04/21/2008 10:11:25 AM | TFN0421 | | | Phone Withdrawal | ($60.00) | | $860.23 |
| ASH | 04/22/2008 10:57:04 AM | 46 | | | Sales | ($21.30) | | $838.93 |
| ASH | 04/29/2008 11:05:29 AM | 37 | | | Sales | ($25.50) | | $813.43 |
| ASH | 04/29/2008 03:07:07 PM | HICP0408 | | | Inmate Co-pay | ($2.00) | | $811.43 |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | $811.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $811.43 |
| Totals | | | | | | | | |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,084.60 | $1,347.90 | $717.91 | $1,013.13 | $896.52 | N/A | N/A |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing financial affidavit, including the attached ledgers, was deposited in the mail system at the Federal Correctional Institution, Ashland, Kentucky, in the manner prescribed for legal mail, including prepayment of first-class postage, addressed to:

> Office of the United States Attorney
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, Illinois  60604

on the 9th day of May, 2008.

Fabio Carani
21827-424  R
FCI-Ashland
Post Office Box 6001
Ashland, Kentucky 41105-6001