IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 25 2008
JUL 2 5 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FABIO CARANI,
    Petitioner,    §

versus    §    Civil No.: 07-CV-7040
                  Crim. No.: 05-CR-0150

UNITED STATES OF AMERICA,    §
    Respondent.

## NOTICE OF APPEAL

Now comes Fabio Carani ("Carani"), proceeding pro se, to respectfully give notice to this Honorable United States District Court that he wishes to appeal the denial of his motion for post-conviction relief made under 28 USC §2255. See Rule 11 of the Rules Governing Section 2255 Proceedings; see also Rule 4(a) of the Rules of Appellate Procedure. Accordingly, Carani asks this Court to make all necessary arrangements for him to prosecute an appeal to the United States Court of Appeals for the Seventh Circuit.

Respectfully Submitted on the 17 day of July of 2008.

*Fabio Carani*

Fabio Carani, pro se
Reg. No.: 21827-424
Federal Correctional Institution
P.O. Box 6001
Ashland, Kentucky 41105-6001

-1-

## CERTIFICATE OF SERVICE

I, Fabio Carani, hereby declare and certify under the penalty of perjury, pursuant to 28 USC §1746, that the foregoing Notice of Appeal was sent to:

> Office of the United States Attorney
> 219 South Dearborn Street
> 5th Floor
> Chicago, Illinois 60604

by affixing it with the correct amount of prepaid, first-class postage and depositing it in the legal mail system at the Federal Correctional Institution at Ashland, Kentucky, for delivery to the intended recipient by the United States Postal Service.

Executed on the 17 day of July of 2008.

*Fabio Carani*
Fabio Carani, pro se
Reg. No.: 21827-424
Federal Correctional Institution
P.O. Box 6001
Ashland, Kentucky 41105-6001