Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7040 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. Fabio Carani | | |

**DOCKET ENTRY TEXT**

Enter order. This court hereby denies the issuance of a certificate of appealability. As clearly appears from the attached Order denying Carani's § 2255 petition, he has made no substantial showing of the denial of a Constitutional right.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | JD |
|---|---|---|