IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FABIO CARANI,
    Petitioner,  §

versus  §  Civil No.: 07-CV-7040
                                          Crim. No.: 05-CR-0150

UNITED STATES OF AMERICA,  §
    Respondent.

---

**MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

---

    Now comes Fabio Carani ("Carani"), proceeding pro se, to respectfully ask this Honorable United States District Court for permission to proceed in forma pauperis on appeal. 28 USC §1915(a)(1) and Rule 24(a)(1) of the Federal Rules of Appellate Procedure. As the attached affidavit attests, Carani does not have either the financial wherewithal or any distrainable assets with which he could pay the $450.00 docketing fee for and other fees associated with his appeal. Therefore, Carani asks this Court for permission to proceed in forma pauperis on appeal.

Respectfully Submitted on the 18 day of August of 2008.

                                                               *Fabio Carani*
                                                               Fabio Carani, pro se

**DECLARATION OF MAILING / CERTIFICATE OF SERVICE**

I, Fabio Carani, hereby declare under the penalties of perjury, pursuant to 28 USC §1746, that one original and three copies of the foregoing Motion have been sent to this District Court (Attn: Clerk of the Court; 219 South Dearborn Street; Chicago, Illinois 60604) by affixing the envelope with the appropriate amount of prepaid, first-class postage and depositing it into the legal mail system in the Federal Correctional Institution at Ashland, Kentucky, for delivery to this Court by the United States Postal Service. Furthermore, I declare that one copy of the foregoing Motion has been sent to the Respondent (Office of the United States Attorney; 219 South Dearborn Street; 5th Floor; Chicago, Illinois 60604) by affixing the envelope with the appropriate amount of prepaid, first-class postage and depositing it into the legal mail system in the Federal Correctional Institution at Ashland, Kentucky, for delivery to the Respondent by the United Postal Service.

Executed on the 18 day of August of 2008.

*Fabio Carani*
Fabio Carani, pro se
Reg. No.: 21827-424
Federal Correctional Institution
P.O. Box 6001
Ashland, Kentucky 41105-6001

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois

| | |
|---|---|
| Fabio Carani<br>Plaintiff/Petitioner,<br><br>v.<br><br>United States of America<br>Defendant/Respondent. | : AFFIDAVIT IN SUPPORT OF<br>: REQUEST TO PROCEED<br>: IN FORMA PAUPERIS; AUTHORIZED<br>: WITHDRAWAL FORM; CERTIFIED<br>: AFFIDAVIT OF INMATE ACCOUNT<br>: STATUS. |

Case No.: 07-CV-7040

### AFFIDAVIT AND AUTHORIZATION
### FOR WITHDRAWAL FROM INMATE ACCOUNT

I, Fabio Carani, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes (X)  No ( )
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. __Employed at his place incarceration making approx. $5.25 per month__
   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. __N/A__

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?    Yes( ) No(X)
   b. Rent payments, interest or dividends?        Yes( ) No(X)
   c. Pensions, annuities or life insurance?       Yes( ) No(X)
   d. Gifts or inheritances?                       Yes(X) No( )
   e. Any other source?                            Yes( ) No(X)

   If you answered yes to any of the above, describe each source and state the amount received from each. __Because he is incarcerated, he receives various gifts from his family.__

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes (X)  No ( ) If the answer is yes, state the total value of items owned.
   __Current balance in prison trust fund account is $851.52__

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
    Yes ( ) No (x)   If the answer is yes, describe the property and state its approximate value.
    Family home has been transferred to the ownership of his parents.

5.  List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
    N/A

### AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this 18 day of AUG, 2008.

*Fabio Carami*
Signature of Plaintiff/Petitioner

PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.

### CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ 851.52 in his/her inmate account at the FCI ASHLAND Institution. Plaintiff has an average monthly balance for the preceding six months of $ 630.12, and the average monthly deposits to said account for the preceding six months are $ 2068.82. I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: _____

8/13/08
Date

*Michael R. Brown Trust Fund Supervisor*
Authorized Officer of Institution

2   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1999 - 738-439/00105

Date: 08/13/2008
Time: 2:34:48 pm

Federal Bureau of Prisons
TRUFACS
View Inmate Transactions
Sensitive But Unclassified

Facility: ASH

Criteria: Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2008 01:21:37 PM | 21827424 | CARANI, FABIO | ASH | ASH3004 | Sales | ($50.45) | 69 | | | $851.52 |
| 08/07/2008 08:50:56 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $16.80 | HIPP0708 | | | $901.97 |
| 08/04/2008 11:59:36 AM | 21827424 | CARANI, FABIO | ASH | ASH3004 | Sales | ($90.20) | 46 | | | $885.17 |
| 08/01/2008 04:53:31 PM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($25.00) | TFN0801 | | | $975.37 |
| 07/21/2008 09:44:10 PM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($32.00) | TFN0721 | | | $1,000.37 |
| 07/21/2008 11:41:17 AM | 21827424 | CARANI, FABIO | ASH | ASH3015 | Sales | ($0.25) | 51 | | | $1,032.37 |
| 07/21/2008 11:16:59 AM | 21827424 | CARANI, FABIO | ASH | ASH3015 | Sales | ($45.45) | 43 | | | $1,032.62 |
| 07/15/2008 05:09:39 AM | 21827424 | CARANI, FABIO | ASH | AMSERVI | Lockbox - CD | $1,000.00 | 70112401 | | | $1,078.07 |
| 07/14/2008 11:34:07 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($20.91) | 52 | | | $78.07 |
| 07/11/2008 01:54:34 PM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Subscriptions | ($34.00) | | | 1772 | $98.98 |
| 07/08/2008 09:53:09 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $5.25 | HIPP0608 | | | $132.98 |
| 07/07/2008 11:40:05 AM | 21827424 | CARANI, FABIO | ASH | ASH3015 | Sales | ($93.95) | 57 | | | $127.73 |
| 06/24/2008 10:33:39 AM | 21827424 | CARANI, FABIO | ASH | ASH3010 | Sales | ($71.60) | 33 | | | $221.68 |
| 06/17/2008 11:27:22 AM | 21827424 | CARANI, FABIO | ASH | ASH3010 | Sales | ($141.75) | 39 | | | $293.28 |
| 06/17/2008 10:13:46 AM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($50.00) | TFN0617 | | | $435.03 |
| 06/10/2008 11:47:12 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($1.70) | 58 | | | $485.03 |
| 06/10/2008 11:45:19 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($53.85) | 57 | | | $486.73 |

WorkstationID: ASH9BCK821   UserID: ASH3005   Page 1 of 3

Date: 08/13/2008
Time: 2:34:48 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: ASH

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/06/2008 08:57:18 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $9.00 | HIPP0508 | | | $540.58 |
| 06/03/2008 10:42:39 AM | 21827424 | CARANI, FABIO | ASH | ASH3010 | Sales | ($52.80) | 35 | | | $531.58 |
| 05/27/2008 11:08:52 AM | 21827424 | CARANI, FABIO | ASH | ASH3003 | Sales | ($39.70) | 16 | | | $584.38 |
| 05/21/2008 04:37:02 PM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($75.00) | TFN0521 | | | $624.08 |
| 05/20/2008 10:50:12 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($43.90) | 31 | | | $699.08 |
| 05/13/2008 11:31:31 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($19.55) | 56 | | | $742.98 |
| 05/07/2008 08:53:05 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $13.20 | HIPP0408 | | | $762.53 |
| 05/06/2008 11:21:14 AM | 21827424 | CARANI, FABIO | ASH | ASH3004 | Sales | ($62.10) | 55 | | | $749.33 |
| 04/29/2008 03:07:07 PM | 21827424 | CARANI, FABIO | ASH | ASH5585 | Inmate Co-pay | ($2.00) | HICP0408 | | | $811.43 |
| 04/29/2008 11:05:29 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($25.50) | 37 | | | $813.43 |
| 04/22/2008 10:57:04 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($21.30) | 46 | | | $838.93 |
| 04/21/2008 10:11:25 AM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($60.00) | TFN0421 | | | $860.23 |
| 04/15/2008 11:05:51 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($60.15) | 41 | | | $920.23 |
| 04/08/2008 11:37:38 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($32.75) | 42 | | | $980.38 |
| 04/07/2008 10:06:42 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $12.60 | HIPP0308 | | | $1,013.13 |
| 04/01/2008 11:16:18 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($69.45) | 49 | | | $1,000.53 |
| 03/31/2008 04:32:21 PM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($25.00) | TFN0331 | | | $1,069.98 |
| 03/21/2008 05:13:32 AM | 21827424 | CARANI, FABIO | ASH | AMSERVI | Lockbox - CD | $1,000.00 | 70104401 | | | $1,094.98 |
| 03/19/2008 11:42:29 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($29.95) | 56 | | | $94.98 |

WorkstationID: ASH9BCK821            UserID: ASH3005            Page 2 of 3

Date: 08/13/2008
Time: 2:34:48 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: ASH

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2008 11:41:26 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($29.20) | 55 | | | $124.93 |
| 03/18/2008 10:06:38 AM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($70.00) | TFN0318 | | | $154.13 |
| 03/12/2008 11:38:10 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($28.45) | 40 | | | $224.13 |
| 03/07/2008 08:42:12 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $12.00 | HIPP0208 | | | $252.58 |
| 03/05/2008 01:43:44 PM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($32.45) | 69 | | | $240.58 |
| 02/26/2008 12:13:02 PM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($41.45) | 59 | | | $273.03 |
| 02/22/2008 09:38:25 AM | 21827424 | CARANI, FABIO | ASH | TP_PHON | Phone Withdrawal | ($30.00) | TFN0222 | | | $314.48 |
| 02/19/2008 11:17:28 AM | 21827424 | CARANI, FABIO | ASH | ASH3003 | Sales | ($76.70) | 36 | | | $344.48 |
| 02/13/2008 11:06:25 AM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($43.55) | 30 | | | $421.18 |
| 02/07/2008 08:22:04 AM | 21827424 | CARANI, FABIO | ASH | ASH2005 | Payroll - IPP | $12.60 | HIPP0108 | | | $464.73 |
| 02/06/2008 01:26:58 PM | 21827424 | CARANI, FABIO | ASH | ASH3002 | Sales | ($41.55) | 60 | | | $452.13 |

Total Number Transactions: 47

WorkstationID: ASH9BCK821        UserID: ASH3005        Page 3 of 3